E-FILED
Monday, 24 January, 2005 04:35:25 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted November 19, 2004
Decided November 29, 2004

Before

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 04-2179 | |
| ANDRE LEWIS,<br>*Petitioner-Appellant,* | Appeal from the United States District Court for the Central District of Illinois |
| v. | |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | No. 03-4055<br><br>Michael M. Mihm,<br>*Judge.* |

O R D E R

Andre Lewis has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Lewis's motion for appointment of counsel is DENIED.

Lewis has also moved to supplement his CA request with a claim that his sentence violates *Blakely v. Washington*, 124 S. Ct. 2531 (2004). The claim, however, was not raised in the district court and therefore the motion is actually an unauthorized successive collateral attack. Thus, we construe Lewis's motion as an application for permission to file a successive § 2255 motion. Because the Supreme Court has not made the rule announced in *Blakely* retroactive to cases on collateral review, Lewis's proposed claim is premature. *Simpson v. United States*, 376 F.3d 679 (7th Cir. 2004). Accordingly, we DISMISS without prejudice Lewis's application to commence a successive collateral attack. He may renew his application if the Supreme Court makes *Blakely* retroactive.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   January 21, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 40
        211 - 19th Street
        Rock Island, IL  61201


FROM:   Gino J. Agnello, Clerk

RE:     04-2179
        Lewis, Andre v. USA
        03 C 4055, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                              TO BE RETURNED AT LATER DATE:
    [1]     Volumes of pleadings                [ ]
    [ ]     Loose pleadings                     [ ]
    [ ]     Volumes of transcripts              [ ]
    [ ]     Volumes of exhibits                 [ ]
    [ ]     Volumes of depositions              [ ]
    [ ]     In Camera material                  [ ]
    [ ]     Other_____ [ ]

            Record being retained for use       [ ]
            in Appeal No. _____

    Copies of this notice sent to:      Counsel of record
    [ ]     United States Marshal
    [ ]     United States Probation Office

**NOTE TO COUNSEL:**
    If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

    Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.
Date:   1/24/05                             S/Denise Koester
(1071-120397)                               Deputy Clerk, U.S. District Court